# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PO-23-5187-GF-JTJ** |
| **Plaintiff,** | **VIOLATION:** |
| | **E2029036** |
| **vs.** | **Location Code: M13** |
| **STEVEN J. LUZ-ALTERMAN,** | **ORDER** |
| **Defendant.** | |

Based upon the United States' motion to accept the Defendant's payment of a $50 fine and $30 processing fee for violation E2029036 (for a total of $80), and for good cause shown, **IT IS ORDERED** that the $80 fine paid by the Defendant is accepted as a full adjudication of violation E2029036.  **IT IS FURTHER ORDERED** that the initial appearance scheduled for December 7, 2023, is **VACATED.**

DATED this 5th day of December, 2023.

John Johnston
United States Magistrate Judge